JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE LOUIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNOR OF THE STATE OF CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. 2:19-cv-06320-JVS-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Dismissing This Action for Lack of Prosecution, IT IS ADJUDGED that the Complaint and entire action is dismissed with prejudice.

DATED: October 25, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE